LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                              FAX (212) 964-2926

February 5, 2019

Hon. Robert W. Lehrburger
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF and email*

                              Re: United States v. Abrahim Kamara,
                                          19 Mag 822

Your Honor,

     Abrahim Kamara was released from court on January 23, 2019 on a one hundred and fifty thousand dollar bond ($150,000.00), that was to be co-signed by one financially responsible person and one moral suasion co-signer by January 30, 2019. I write belatedly to request an additional week, until February 13, 2019, for Mr. Kamara to find co-signers. The additional conditions of the bond: GPS monitoring, the surrender of Mr. Kamara's passport, and reporting to pretrial in Atlanta, Georgia have been met.
     The government, by Dina McLeod, Esq, consents to this application. Thank you for your consideration of this matter.

                                                   Respectfully,

                                                   *Lisa Scolari*

                                                 Lisa Scolari

SO ORDERED:

_____
Hon. Robert W. Lehrburger

cc: Dina McLeod, Esq.