**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                               FAX (212) 964-2926

February 5, 2019

Hon. Robert W. Lehrberger
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF and email*

            Re: United States v. Abrahim Kamara,
                19 Mag 822

Your Honor,

    Abrahim Kamara was released from court on January 23, 2019 on a one hundred and fifty thousand dollar bond ($150,000.00), that was to be co-signed by one financially responsible person and one moral suasion co-signer by January 30, 2019. I write belatedly to request an additional week, until February 13, 2019, for Mr. Kamara to find co-signers. The additional conditions of the bond: GPS monitoring, the surrender of Mr. Kamara's passport, and reporting to pretrial in Atlanta, Georgia have been met.
    The government, by Dina McLeod, Esq, consents to this application. Thank you for your consideration of this matter.

                                                        Respectfully,
                                                        *Lisa Scolari*
                                                        Lisa Scolari

SO ORDERED:

                                                APPLICATION GRANTED
                                                SO ORDERED
                                                _____
                                                HENRY PITMAN
                                                UNITED STATES MAGISTRATE JUDGE
                                                2-6-19

_____
Hon. Robert W. Lehrberger

cc: Dina McLeod, Esq.